In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-00541-CR


____________________



BRANDON PAUL DIES, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court 


Jefferson County, Texas


Trial Cause No. 98168






MEMORANDUM OPINION


 Pursuant to a plea bargain agreement, appellant Brandon Paul Dies pled guilty to
failure to comply with the sex offender registration requirements. The trial court found Dies
guilty and assessed punishment at two years of confinement, then suspended imposition of
sentence and placed Dies on community supervision for five years. On August 16, 2007, the
State filed a motion to revoke Dies's community supervision. Dies pled "true" to three
violations of the terms of the community supervision order. The trial court found that Dies
violated the terms of the community supervision order, revoked Dies's community
supervision, and imposed a sentence of two years of confinement in a state jail facility. 

 Dies's appellate counsel filed a brief that presents counsel's professional evaluation
of the record and concludes the appeal is frivolous. See Anders v. California, 386 U.S. 738,
87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim. App.
1978). On October 2, 2008, we granted an extension of time for appellant to file a pro se
brief. We received no response from the appellant. We reviewed the appellate record, and
we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we
find it unnecessary to order appointment of new counsel to re-brief the appeal. Compare
Stafford v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's
judgment. (1)

 AFFIRMED.


 __________________________________

 CHARLES KREGER

 Justice


Submitted on February 11, 2009

Opinion Delivered February 25, 2009

Do not publish


Before McKeithen, C.J., Kreger and Horton, JJ.
1. Appellant may challenge our decision in this case by filing a petition for discretionary
review. See Tex. R. App. P. 68.